**DISMISSED and Opinion Filed July 30, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00770-CV

### IN RE SARAH DOWNING, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18959**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Breedlove

On June 26, 2024, relator filed a petition for writ of mandamus challenging the trial court's May 14, 2024 Order Granting Plaintiff's Motion to Strike and Exclude Testimony From Defendant's Expert Witness Don M. West, MD. On July 29, 2024, relator filed a motion to withdraw and to dismiss her petition. Relator explains that after this Court requested a response to relator's petition, the trial court vacated the May 14, 2024 order at issue, rendering this original proceeding moot.

We grant relator's motion and dismiss this original proceeding as moot. We also lift the stay issued by this Court's July 11, 2024 order.

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

240770F.P05